# NO. 12-08-00216-CR
# NO. 12-08-00217-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| ***CURTIS ANTONIO DAVIS,*** ***APPELLANT*** | § | ***APPEALS FROM THE*** |
| ***V.*** | § | ***COUNTY COURT AT LAW NO. 3 OF*** |
| ***THE STATE OF TEXAS,*** ***APPELLEE*** | § | ***SMITH COUNTY, TEXAS*** |

---

### *MEMORANDUM OPINION*
### *PER CURIAM*

Appellant Curtis Antonio Davis attempts to appeal from an order denying his "Motion to Waive Conflicts of Interest." As a general rule, an appeal in a criminal case may be taken only from a judgment of conviction. *See **Workman v. State***, 170 Tex. Crim. 621, 622, 343 S.W.2d 446, 447 (Tex. Crim. App.1961). However, this rule has certain narrow exceptions. *See **Wright v. State***, 969 S.W.2d 588, 589 (Tex. App.–Dallas 1998, no pet.) (listing exceptions). The order Appellant complains of is not a judgment of conviction, nor does it fall within any exception to the general rule. Therefore, we have no jurisdiction over the appeals.

On May 21, 2008, this court notified Appellant that the information received in these appeals does not include a final judgment or other appealable order and therefore does not show the jurisdiction of this court. *See* TEX. R. APP. P. 37.2. Appellant was further notified that the appeals would be dismissed unless the information was amended on or before June 2, 2008 to show the jurisdiction of this court. *See* TEX. R. APP. P. 44.3. This deadline has now passed, and Appellant has neither shown the jurisdiction of this court or otherwise responded to its May 21, 2008 notice.

Accordingly, the appeals are ***dismissed for want of jurisdiction***.  *See* Tᴇx. R. Aᴘᴘ. P. 42.3(a).

Opinion delivered June 11, 2008.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(DO NOT PUBLISH)

2